> **IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLIOTT HAWKINS, <br><br> Plaintiff(s), <br> v. <br><br> GAGE COUNTY, NEBRASKA, <br> BRANDON SCHLEY, individually and in his capacity as Deputy Sheriff of Gage County, <br> JOHN CHAVEZ, individually and in his capacity as Investigator for the Gage County Sheriff's Office, <br> ROB SANDERSFELD, individually and in his capacity as Investigator for the Gage County Sheriff's Office, and TONY SHEPARDSON, Individually and in his capacity as Sergeant for the Gage County Sheriff's Office, <br><br> Defendant(s). | Case Number: 4:13CV3009 <br><br> CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | | Date |
|---|---|---|---|
| [signed] | For | Plaintiff | 2/22/13 |
| Vincent Valentino | For | All Defendants | 2/22/13 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| February 27, 2013 | s/ Richard G. Kopf |
|---|---|
| Date | Senior United States District Judge |

clerk\proc\forms\consent.frm
04/13/11